JS-6

Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for Plaintiff
Calavo Growers, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CALAVO GROWERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO PELAYO, individually and D/B/A ALEX PRODUCE, and MARIA CARMELA PELAYO, an individual,<br><br>Defendants. | Case No.: 06-cv-07565-GAF (JCX)<br><br>[PROPOSED] ORDER FOR DEFAULT JUDGMENT |

This matter is before the Court on Plaintiff Calavo Growers, Inc.'s Motion for Default Judgment against Defendants, Alejandro Pelayo, individually and d/b/a Alex Produce, and Maria Carmela Pelayo. Having considered the Motion, the Declarations of Scott H. Runge and Steven E.

Order for Default Judgment                                                                                                              1

Nurenberg, the papers filed and being otherwise fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED: That Judgment is hereby entered in favor of Plaintiff Calavo Growers, Inc. and against Defendants, Alejandro Pelayo, individually and d/b/a Alex Produce, and Maria Carmela Pelayo, jointly and severally, in the amount of $32,460.00, plus post-judgment interest at the rate established by 28 USC §1961, from the date of entry of this Judgment until paid in full.

DONE AND ORDERED at Los Angeles, California this 25th day of September, 2008.

_____
United States District Court Judge

Order for Default Judgment                                                                 2